AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DORA STAVINSKAYA                           JUDGMENT IN A CIVIL CASE
                                                                         CV-02-2550 (DRH)
         V.

COSTCO WHOLESALE CORP.
-------------------------------------------------------------X

X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The jury having found that the Plaintiff ,DORA STAVINSKAYA has failed to established her claims, and having found for the defendant on all causes of action, and defendant, YEFIM VETSHTEYN, having been dismissed,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, DORA STAVINSKAYA take nothing from the defendant, COSTCO WHOLESALE CORP.

The case is dismissed with prejudice and the Clerk is directed to close this case..

Dated:   OCTOBER 14, 2005                   ROBERT C. HEINEMANN
Central Islip, New York                           CLERK OF THE COURT
                                                             By: PATRICIA BEST
                                                                    Deputy Clerk